IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-1010
 ((((((((((((((((

 In Re Jennifer Cary, Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate, filed on December 13, 2010, is granted.
This case is ABATED pursuant to Texas Rules of Appellate Procedure 7.2(b).
 2. This case is removed from the Court's active docket until
further order of this Court. The parties shall timely notify this Court of
all events affecting the status of this case, including when the successor
judge has ruled in accordance with Texas Rule of Appellate Procedure
7.2(b). The parties shall file either a status report or motion to dismiss
by February 22, 2011.

 Done at the City of Austin, this 22nd day of December, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk